JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SUBSTRUCTURE SUPPORT, INC., a California corporation,<br><br>Defendant. | CASE NO.:  CV14-04202 MMM (ASx)<br><br>ASSIGNED TO THE HONORABLE JUDGE MARGARET M. MORROW<br><br>**[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

IT IS HEREBY ORDERED that:

(1) Pursuant to the Stipulation for Dismissal Without Prejudice entered into by and between Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and Defendant, Substructure Support, Inc., the above-entitled case shall be dismissed, without prejudice; and

(2) This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' settlement agreement, including, but not limited to, entering judgment and issuing post-judgment writs of execution and other orders.

Dated: August 29, 2014  _____
UNITED STATES DISTRICT JUDGE